## HALL v. THE STATE.

EVANS, J. The evidence on which the State relied to convict the accused of unlawfully selling spirituous liquors showed that he sold either on his own account or as the agent of his father, and that he was in no sense the agent of the purchaser.

> Judgment affirmed. All the Justices concur.

Argued February 20,—Decided March 22, 1906.

Accusation of selling liquor. Before Judge Hammond. City court of Griffin. December 26, 1905.

*Thomas W. Thurman*, for plaintiff in error.

*Thomas E. Patterson, solicitor,* contra.

---

## ELLIOTT v. THE STATE.

BECK, J. Where one is convicted of the offense of adultery and fornication, and the evidence does not disclose that either the accused or the other party participating in the criminal act is married, the verdict is without evidence to support it, and a new trial should be granted. *Kendrick* v. *State*, 100 *Ga.* 360; *Tison* v. *State*, ante, 7.

> Judgment reversed. All the Justices concur.

Argued February 20,—Decided March 22, 1906.

Accusation of adultery and fornication. Before Judge Peeples. City court of Nashville. January 24, 1906.

*Hendricks, Smith & Christian,* for plaintiff in error.

*W. D. Buie, solicitor,* and *W. G. Harrison,* contra.